No. 88–5394. KALTENBACH v. STALDER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 88–5396. GILMORE v. KANSAS PAROLE BOARD. Sup. Ct. Kan. Certiorari denied.

No. 88–5399. O'DELL v. MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 88–5408. DELGADILLO v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 88–5410. KROHE v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 88–5411. JOHNSON v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 88–5418. BUTCHER v. JOHNSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–5419. SMITH v. SUMNER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 88–5422. NEAL v. CITY OF DAYTON, OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 88–5424. JOHNSON v. MUNCY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–5430. PRENZLER v. SUPERIOR COURT OF CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 88–5433. SCRUGGS v. MOELLERING ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–5434. SKATZES v. MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 88–5441. DOLENC v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–5448. ARMSTEAD v. MAYS. C. A. 5th Cir. Certiorari denied.